RECEIVED
IN MONROE, LA
MAY 0 8 2006
RL
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MAMADOU KIAGUE | * | CIVIL ACTION NO. 05-2017 |
| VERSUS | * | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] is hereby **GRANTED**, and Petitioner is to be released from detention immediately under appropriate terms of supervision.

THUS DONE AND SIGNED this 8 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE